# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Industrial Services Group, Inc., | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:17-cv-02286-DCC |
| Jon Kensington, | ) | |
| *Defendant,* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendant's motion to dismiss for improper venue is granted.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date: August 7, 2018 *ROBIN L. BLUME, CLERK OF COURT*

_____
s/Ashley Buckingham
*Signature of Clerk or Deputy Clerk*